UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| CHARLENE JOHNSON | Case Number: 19-CV-00613-SVK |
| Plaintiff, | ~~{PROPOSED}~~ ORDER PERMITTING PLAINTIFF CHARLENE JOHNSON TO SERVE DEFENDANT ADVANCED AIR SOLUTIONS BY DELIVERING PROCESS TO THE CALIFORNIA SECRETARY OF STATE |
| vs. | AS MODIFIED |
| ADVANCED AIR SOLUTIONS, INC. *et al*, | |
| Defendants. | |

WHEREAS, Plaintiff Charlene Johnson has submitted declarations from her counsel showing that Plaintiff cannot, with reasonable diligence, deliver process at the address designated by Defendant Advanced Air Solution, Inc. for personally delivering process; and

WHEREAS, Plaintiff Charlene Johnson has submitted declarations from her counsel showing that despite her best efforts, Plaintiff cannot locate any agent or officer of Defendant

Advanced Air Solutions, Inc., and therefore she cannot serve that Defendant by any of the alternative methods set forth in Cal. Corporations Code §1702;

IT IS HEREBY ORDERED that service may be made upon Advanced Air Solutions, Inc. by delivering by hand to the California Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process, together with a copy of this order. Plaintiff shall make this delivery by July 10, 2019.

IT IS SO ORDERED.

Dated: __June 28_____, 2019

Honorable Susan van Keulen

MAGISTRATE JUDGE OF THE NORTHERN
DISTRICT OF CALIFORNIA

{PROPOSED} ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND REVISING
CASE MANAGEMENT ORDER – Case 19-CV-00613-SVK